IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No. 04-cv-00701-LTB-MJW

NICOLAS MEDRANO,

    Plaintiff,

v.

KARL SCHERCK,

    Defendant.

_____

ORDER
_____

    Counsel for the plaintiff, Nicolas Medrano ("Medrano"), filed motions to withdraw after several unsuccessful attempts to contact Mr. Medrano resulted in counsel's inability meaningfully to participate in litigation of the case. Counsel informed me that Mr. Medrano had left the country. The defendant, Karl Scherck ("Scherck"), then moved for dismissal for lack of prosecution.

    Mr. Medrano's attorneys now state that they have located Mr. Medrano and are scheduled to meet with him on July 20, 2005 at 1:00 P.M.. They represent that Mr. Medrano intends to pursue his claims in this case.

    Based upon the representations of Mr. Medrano's counsel, I ORDER that:

1) the motions to withdraw [19 and 26] are DENIED without prejudice;

2) the motion to dismiss for lack of prosecution [31] is HELD IN ABEYANCE until August 1, 2005; and

3) Mr. Medrano shall on or before August 1, 2005, by his counsel, file a supplemental response to Mr. Scherck's motion to dismiss for lack of prosecution.

Dated: July  15 , 2005, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge