IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00701-LTB-MJW

NICOLAS MEDRANO,

Plaintiff(s),

v.

KARL SCHERCK,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Motion to Vacate September 7, 2005, Pretrial Conference and September 2, 2005, Final Pretrial Order Filing Requirement (docket no. 43) is **GRANTED** finding good cause shown.  The Final Pretrial Conference set before Magistrate Judge Watanabe on September 7, 2005 is **VACATED**.  This case is set for a status conference on October 14, 2005, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At the status conference, the parties shall be prepared to inform this court on the status of discovery and the need to reset a final pretrial conference.

Date: August 30, 2005