IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00701-LTB-MJW

NICOLAS MEDRANO,

Plaintiff(s),

v.

KARL SCHERCK,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Stipulated Protective Order (docket no. 48) is GRANTED. The written Stipulation and Protective Order dated and signed by Magistrate Judge Watanabe on October 27, 2005, is APPROVED and made an Order of Court.

Date: October 27, 2005