**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-00701-LTB-MJW

NICOLAS MEDRANO,

      Plaintiff,

v.

KARL SCHERCK,

      Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      This will confirm that a three-day trial to jury is set **Monday, August 27, 2007** in Courtroom A201, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado.

      A trial preparation conference is set **Friday, July 27, 2007 at 8:00 a.m.**

Dated:  April 21, 2006
_____